### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARA MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-cv-00037-JED-SH |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cara Mitchell and Defendant Life Insurance Company of North America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

**Respectfully submitted,**

By: s/ Jonathan E. Shook
**Jonathan E. Shook, OBA #17343**
**SHOOK & JOHNSON, PLLC**
7420 S. Yale Ave.
Tulsa, Oklahoma 74136
(918) 293-1122 - *Telephone*
(918) 293-1133 - *Facsimile*
jshook@shookjohnson.com

**ATTORNEY FOR PLAINTIFF**

By: s/ Kristina N. Holmstrom (*with permission*)
**Kristina N. Holmstrom, AZ Bar No. 023384**
**OGLETREE, DEAKINS, NASH, SMOAK,**
**& STEWART, P.C.**
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
kristina.holmstrom@ogletree.com

**ATTORNEYS FOR DEFENDANT**